## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.**                                    Case No. **18-cr-10065-EFM-01**

**TYLER R. BARRISS,**
*Defendant.*

---

## ORDER APPOINTING COUNSEL

---

The Defendant, TYLER R. BARRISS, has requested counsel through the Federal Public Defender.  The Federal Public Defender has represented to the Court that the Defendant is unable to afford to retain counsel.

**THEREFORE,** on this 5th day of June, 2018, it is hereby ordered that the Federal Public Defender for the District of Kansas be appointed to provide consultation and representation for the above named individual.

IT IS SO ORDERED.

The Honorable Kenneth G. Gale
United States Magistrate Judge