AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cr-10065-EFM-01 |
| Tyler R. Barriss | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tyler R. Barriss                                                                                      .

Date:    06/06/2018                                       s/ Rich Federico
                                                                         *Attorney's signature*

                                                                         Rich Federico, #22111
                                                                         *Printed name and bar number*

                                                                         Federal Public Defender, District of Kansas
                                                                         117 SW 6th Avenue, Suite 200
                                                                         Topeka, KS 66603
                                                                         *Address*

                                                                         rich_federico@fd.org
                                                                         *E-mail address*

                                                                         (785) 232-9828
                                                                         *Telephone number*

                                                                         (785) 232-9886
                                                                         *FAX number*