IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ORDER TO: Anna Auld, KWCH

IN RE:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 18-10065-01, 02, 03 - EFM |
| | ) | |
| TYLER R. BARRISS, | ) | |
| SHANE M. GASKILL, | ) | |
| and CASEY S. VINER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The Court has granted your request for electronic device(s) be allowed into the Federal Courthouse and into the courtroom for the initial appearances in the above case on June 13, 2018. By written permission, the Court is authorizing electronic devices be allowed into the facility, but *only* to be used to take notes or make electronic non-voice submission over the internet. Any electronic device permitted in the facility must be placed on "silent" so that no rings, chimes, or other sounds will be emitted. Only the individuals listed above will be allowed to bring the device(s) into the facility. Security at the front door will have a list of all those given permission to bring in devices and what devices they are allowed. You are not allowed to take photographs or to make any audio or video recording. You may not speak into the device. If the Court is informed that any violation to this Order has occurred, the device(s) may be confiscated and the individual may be subject to being in contempt of court.

IT IS SO ORDERED.

／s／ Kenneth G. Gale
KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE