UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 18-10065-01 EFM |
| TYLER R. BARRISS, | ) ) ) |
| Defendant. | ) ) |

## WAIVER OF DETENTION HEARING

I, Tyler R. Barriss, having appeared before this Court and been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

_____TB_____
Defendant

10/1/2018
Date

_____
Counsel for Defendant  Rich Federico, AFPD