AO 442 (Rev. 01/09) Arrest Warrant

**FILED**
U.S. District Court
District of Kansas

OCT - 2 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
## District of Kansas

**SEALED**

United States of America
v.
TYLER R. BARRISS
*Defendant*

Case No. 6:18-cr-10065-01-EFM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TYLER R. BARRISS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

False Information and Hoaxes.

* See attached Indictment for additional charges.

Date: 05/23/2018

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 05/27/18, and the person was arrested on *(date)* 10/1/18
at *(city and state)* Wichita, Kansas.

Date: 10/1/18

*Arresting officer's signature*

V. K. Lane DUSM
*Printed name and title*